Abel Acosta- Clerk of Court
Court of Criminal Appeals
P.O.Box 12308 Capitol Station
Austin Tx 78711

82,803-01

Date: February 26, 2015

RE: filing : NO-4327WI

   Enclosed is an Applicant's motion for order to be file stamped dated and set for submission with this court in your usual fashion. Thank You.
                                    Sincerly

                        Donald Jameson # 1687020
                        2661 FM2054 Tennessee
                        Colony Tx 75884

RECEIVED IN
COURT OF CRIMINAL APPEALS

MAR 04 2015

Abel Acosta, Clerk

CAUSE NO: 4327WI

EX PARTE

DONALD JAMESON

IN THE COURT OF CRIMINAL APPEALS

AT AUSTIN TEXAS

APPLICANT'S MOTION FOR ORDER

MOTION DENIED
DATE: 3-13-15
BY: PC

TO THE HONORABLE COURT:

Now Comes Donald Jameson, Applicant, Pro-se, with his motion for order and will show the Court as follows:

1.

On January 30, 2015, the Moore County District Clerk Diane Hoefling sent Applicant two attorney's affidavits and a list containing an index of all contents of the Clerk's file record on this case, but made no mention of the D.A's proposed findings nor the trial courts fact findings pursuant to C.C.P. 11.07 Sec. (3)(d).

2.

The Clerk's file containing all items of this habeas proceeding was sent to this Court and this Court subsequently denied habeas action the its merits. At this point the Applicant has not been afforded the legal fact findings of the trial court by which this court based its own opinion and denial.

The Code of Criminal Procedures mandates the clerk to furnish Applicant with copies of all pleadings, orders etc, filed under this article. See 11.07 Sec. (7). As of this date the Applicant has not received fact findings from the trial court or the proposed facts by the D.A's office.

Therefore Applicant issues that this court order the trial court to order the clerk to forward the facts finding that

issues its legal and factual Reasons to deny habeas relief and send copy to Applicant.

## PRAYER

Wherefore all Premises Considered, Applicant Prays that this court will order trial Court to order clerk to send copies of its fact findings.

Sincerly
Donald Jameson # 1687020
2661 FM 2054 Tennessee
Colony TX 75884

## CERTIFICATE OF SERVICE

I Donald Jameson do Certify that a true copy of this motion was delivered by Postal mail to the Court of Criminal Appeals % Abel Acosta Clerk of Court ~~12308~~ P.O. Box 12308 Capitol Station Austin, Tx 78711 on this 24 day of February 2015.
Signed Donald Jameson #1687020